IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 APR -2 PM 1:55

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:18-CV-00015 |
| Plaintiff, | JUDGE MAGISTRATE JUDGE LAURA FASHING |
| v. | |
| $10,990.00 IN U.S. CURRENCY, $9,500.00 IN U.S. CURRENCY | CLAIMANT'S MOTION FOR LEAVE TO FILE ANSWER INSTANTER |
| Claimant. | |

Now comes the Claimant, JERRY SIMS, pro se, hereby request leave to file Answer Instanter for reason that I am currently incarcerated in the Cuyahoga County Jail in the State of Ohio, and was unable to timely respond to Plaintiff's Complaint. It is my hope that this Court will accept this Answer Instanter because of this difficulty.

WHEREFORE, Claimant prays that this Motion is granted.

Respectfully submitted,

JERRY C. SIMS, JR., PRO SE
c/o Myron P. Watson, Esq. (0058583)
614 W. Superior Avenue, Ste. 1144
Cleveland, Ohio 44113
(216) 274-1100
(216) 575-7664 fax

## CERTIFICATE OF SERVICE

I hereby certify that on **March 29, 2018,** a copy of the foregoing **Motion for Leave to File Answer Instanter** was filed with the District of New Mexico. Notice of this filing was sent via U.S. postal to the office of James D. Tierney, United States Attorney and Stephen R. Kotz, Assistant U.S. Attorney located at P.O. Box 607, Albuquerque, NM, 87103.

_____
JERRY C. SIMS, JR. PRO SE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; April 2015; All rights reserved.

# PRIORITY MAIL EXPRESS™

**FROM:** (PLEASE PRINT)
Jerry Sims
c/o Myron P Watson ESQ.
6141 W. Superior Ave 1144
Cleve. OH 44113

**TO:** (PLEASE PRINT)
US District Court
District of New Mexico
333 Lomas Blvd. NW Ste 270
Albuquerque, NM

ZIP+4: 87102

U.S. POSTAGE PAID
CLEVELAND, OH 44113
MAR 30, 18
AMOUNT $24.70
R2305M145865-51

Tracking: EM020095427US

ORIGIN:
PO ZIP Code: 44113
Date Accepted: 3-30-18
Time Accepted: 2:35 PM
Weight: 4 lbs 0.25 oz
Flat Rate ✓

Scheduled Delivery Date: 3-31-18
Scheduled Delivery Time: 10:30 AM
Postage: $24.70
Total Postage & Fees: $24.70
Acceptance Employee Initials: SK

RECEIVED
APR 02 2018
At Albuquerque NM
MATTHEW J. DYKMAN
CLERK

3-ADDRESSEE COPY
LABEL 11-B, OCTOBER 2016  PSN 7690-02-000-9996

VISIT US AT USPS.COM®