IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 APR -2 PM 1:55

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:18-CV-00015 |
| Plaintiff, ) | JUDGE MAGISTRATE JUDGE LAURA FASHING |
| v. ) | |
| $10,990.00 IN U.S. CURRENCY, ) $9,500.00 IN U.S. CURRENCY ) | CLAIMANT'S ANSWER INSTANTER |
| Claimant. ) | |

Now comes the Claimant, JERRY SIMS, pro se, and respectfully submits his Answer to the Plaintiff's Complaint as follows:

1. Claimant admits the allegation contained in Paragraph 1 of Plaintiff's Complaint.

2. Claimant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Claimant admit the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Claimant admit the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Claimant denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Claimant denies for want of information and/or knowledge to form a belief thereof as to the truth of the allegation contained in Paragraph 6 of Plaintiff's Complaint.

7. Claimant denies the allegations contained in Paragraph 7 of Plaintiff's Complaint, but only admits that on September 4, 2017, he and Asia Linesse Terry were confronted by Drug Enforcement Administration, hit the remaining balance of the allegation is hereby denied.

8. Claimant denies the allegation contained in Paragraph 8 of Plaintiff's Complaint.

9. Claimant denies the allegation contained in Paragraph 9 of Plaintiff's Complaint.

10. Claimant denies for want of information and/or knowledge to form a belief thereof as to the truth of the allegation contained in Paragraph 10 of Plaintiff's Complaint.

11. Claimant denies for want of information and/or lack of knowledge to form a belief

thereof as to the truth of the allegation contained in Paragraph 11 of Plaintiff's Complaint.

12. Claimant denies for want of information and/or knowledge to form a belief thereof as to the truth of the allegation contained in Paragraph 12 of Plaintiff's Complaint.

13. Claimant denies for want of information and/or knowledge to form a belief thereof as to the truth of the allegation contained in Paragraph 13 of Plaintiff's Complaint.

14. Claimant admits the allegation contained in Paragraph 14 of the Plaintiff's Complaint.

15. Claimant denies the portion of allegation as to their claim to the disputed funds, but denies the balance of the Paragraph 15 of the Plaintiff's Complaint.

16. Claimant denies the allegation in part that it was consensual search, however, denies the remaining allegation contained in Paragraph 16 of the Plaintiff's Complaint.

17. Claimant admits the allegation contained in Paragraph 17 of the Plaintiff's Complaint;

18. Claimant admits the allegation contained in Paragraph 18 of the Plaintiff's Complaint.

19. Claimant needs not to provide a response to Paragraph 19 of the Plaintiff's Complaint.

20. Claimant admits the allegation contained in Paragraph 20 of the Plaintiff's Complaint.

21. Claimant denies for want of information and/or lack of knowledge to form a belief thereof as to the truth of the allegation contained in Paragraph 21 of the Plaintiff's Complaint.

22. Claimant needs not to provide a response to Paragraph 22 of the Plaintiff Complaint.

23. Claimant admits the allegation contained in Paragraph 23 of the Plaintiff's Complaint.

24. Claimant admits the allegation contained in Paragraph 24 of the Plaintiff's Complaint.

25. Claimant denies the allegation contained in Paragraph 25 of the Plaintiff's Complaint.

**WHEREFORE,** Claimant prays that the Complaint be dismissed, with costs assessed to the Plaintiff, and such further relief as this Court may deem fair and just.

Respectfully submitted,

JERRY C. SIMS, JR., PRO SE
c/o Myron P. Watson, Esq. (0058583)
614 W. Superior Avenue, Ste. 1144
Cleveland, Ohio 44113
(216) 274-1100
(216) 575-7664 fax

## CERTIFICATE OF SERVICE

I hereby certify that on **March 29, 2018,** a copy of the foregoing **Claimant's Answer** was filed with the District of New Mexico. Notice of this filing was sent via U.S. postal to the office of James D. Tierney, United States Attorney and Stephen R. Kotz, Assistant U.S. Attorney located at P.O. Box 607, Albuquerque, NM, 87103.

JERRY C. SIMS, JR. PRO SE